UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANA VARGAS, | |
| Plaintiff, | Case No. 09-2902 (PGS) |
| v. | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES** |
| COMMISSIONER OF SOCIAL SECURITY | |
| Defendant. | |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915; it is on this 18th day of June, 2009

    **ORDERED** that the application is:

    __X__ GRANTED, and the clerk is directed to file the complaint; and

**IT IS FURTHER ORDERED** that the clerk issue summons to be served by the plaintiff's attorney upon defendants with copies of the Complaint and this Order.

    _____ DENIED, for the following reasons:

_____
_____
_____

_____
PETER G. SHERIDAN, U.S.D.J.

June 18, 2009